Case No. 25-3342

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

In re: EAST PALESTINE TRAIN DERAILMENT

------------------------------

REVEREND JOSEPH SHEELY; ZSUZSA TROYAN; TAMARA FREEZE; SHARON LYNCH; CARLY TUNNO

        Interested Parties - Appellants

HAROLD R. FEEZLE, On Behalf of Themselves and All Others Similarly Situated; SUSAN E. SCHEUFELE, On Behalf of Themselves and All Others Similarly Situated; DAVID J. SCHEUFELE, On Behalf of Themselves and All Others Similarly Situated; ROLLERENA AUTO SALES, LLC, On Behalf of Themselves and All Others Similarly Situated; MARILYN FIGLEY, On Behalf of Themselves and All Others Similarly Situated; ROSEMARY MOZUCH, On Behalf of Themselves and All Others Similarly Situated; CHARLES MOZUCH, On Behalf of Themselves and All Others Similarly Situated; JON LUKE AFFELTRANGER, On Behalf of Themselves and All Others Similarly Situated; EDWARD E. BARNHOUSE, On Behalf of Themselves and All Others Similarly Situated; LAURA MANN

        Plaintiffs - Appellees

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK SOUTHERN CORPORATION

        Defendants - Appellees

   The record in this matter shows that appointed counsel, David M. Graham, has failed to file the corrected appellant's brief by the required deadline.

   It is, therefore, **ORDERED** that counsel file the brief within seven days from the date of this order or this case will be dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: July 09, 2025